**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA**

| | |
|---|---|
| JOHN S. WILSON, | ) |
| | ) |
| Plaintiff, | )    No. 1:18-CV-00243-PLR-SKL |
| | ) |
| v. | ) |
| | ) |
| XIANT TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**

Pursuant to Fed. R. Civ. P. 12(b)(2), Defendant Xiant Technologies, Inc. ("**Xiant**") moves the Court for an order dismissing this lawsuit for lack of personal jurisdiction. Alternatively, pursuant to 28 U.S.C. §§ 1404(a) and Fed. R. Civ. P. 12(b)(3), Xiant moves the Court for an order transferring venue of this lawsuit to the United States District Court for the District of Colorado. In support of this Motion, Xiant states as follows:

1. Pursuant to the Court's Order Governing Motions to Dismiss, the parties have conferred to determine whether an amendment could cure the bases for Xiant's Motion to Dismiss, and have been unable to agree that the pleading is curable by a permissible amendment.

2. Because Xiant lacks sufficient contacts with Tennessee, Due Process compels dismissal of this case for lack of personal jurisdiction over Xiant.

3. "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been

brought." 28 U.S.C. § 1404(a).  In the event it is not dismissed, this case can and should have been filed in the District of Colorado and the Court should transfer the case there.

      This Motion is supported by a supporting Brief and the Affidavit of Jason Suntyuch, both filed with this Motion.

Dated:  October 26, 2018.

                      Respectfully submitted:
                      SPENCER FANE LLP


                      */s/ Scott C. Sandberg*
                      Scott C. Sandberg, *Pro Hac Vice*
                      John O'Brien, *Pro Hac Vice*
                      Spencer Fane LLP
                      1700 Lincoln Street, Suite 2000
                      Denver, Colorado 80203
                      Phone: (303) 839-3800 / Fax: (303) 839-3838
                      Email:  ssandberg@spencerfane.com; jobrien@spencerfane.com

                      and

                      *s/Thomas W. Shumate IV*
                      Thomas W. Shumate IV, Bar #019595
                      Attorney-at-Law
                      2900 Vanderbilt Place, Suite 100
                      Nashville, TN 37212
                      Telephone: (615) 229-7499 / Facsimile: (615) 229-7498
                      Email:  tom.shumate@meridian.law

                      **Attorneys for Xiant Technologies, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2018, a copy of the foregoing was served via the court's CM/ECF, which will send notice to all counsel of record as follows:

| | |
|---|---|
| Gary S. Napolitan | Marvin B. Berk |
| William C. Killian | Erin V. Wallin |
| Andrew J. Godbold | Berke, Berke & Berke |
| Leitner, Williams, Dooley & Napolitan, PLLC | 420 Frazier Avenue |
| Tallan Building – Suite 500 | Post Office Box 4747 |
| 200 W. ML King Blvd. | Chattanooga, TN  37405 |
| Chattanooga, TN  37402-2566 | email: marvin@berkeattys.com; |
| email: gary.napolitan@leitnerfirm.com | erin@berkeattys.com |

*Attorneys for Plaintiff*

*s/Scott C. Sandberg*
Scott C. Sandberg

DN 3288293.1