**IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLORADO**

CIVIL ACTION NO. 19-CV-01849-WJM-NRN

JOHN S. WILSON,
    Plaintiff,

v.

XIANT TECHNOLOGIES, INC.,
    Defendant.

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), Defendant, Xiant Technologies, Inc., moves the Court for an order, in the form filed with this Motion, protecting disclosure of confidential commercial information not be revealed or be revealed only in a specified way in this case. In support of this Motion, Xiant states as follows:

    1.    Pursuant to D.C.COLO.LCivR 7.1, undersigned counsel confirms that he conferred with counsel for Plaintiff who confirmed that Plaintiff does not oppose the relief requested in this Motion.

    2.    The subject matter of this case involves confidential, proprietary, and sensitive matters.

    3.    In order to protect the confidentiality such matters, it is necessary to enter a protective order allowing the parties to designate such documents and information as confidential to insure that such matters are disclosed only for purposes of litigation. Undersigned counsel and counsel for Plaintiff have approved the form protective order submitted with this Motion.

    4.    For good cause shown, Xiant request the court enter this protective order.

Dated: August 29, 2019.

        Respectfully submitted:
        SPENCER FANE LLP

        */s/ Scott C. Sandberg*
        Scott C. Sandberg, #33566
        John O'Brien, #15183
        Spencer Fane LLP
        1700 Lincoln Street, Suite 2000
        Denver, Colorado 80203
        Phone: (303) 839-3800 / Fax: (303) 839-3838
        Email: ssandberg@spencerfane.com; jobrien@spencerfane.com
        **Attorneys for Xiant Technologies, Inc.**

## CERTIFICATE OF SERVICE

      I hereby certify that on August 29, 2019, a copy of the foregoing was served via the court's CM/ECF, which will send notice to all counsel of record as follows:

| | |
|---|---|
| Murray Ogborn<br>Ogborn Mihm, LLP<br>1700 Broadway, Suite 1900<br>Denver, Colorado 80290<br>E: Murray.Ogborn@OMTrial.com | Michael P. Cross<br>Ogborn Mihm, LLP<br>1700 Broadway, Suite 1900<br>Denver, Colorado 80290<br>E: Mike.Cross@OMTrial.com |

                                      */s/Scott C. Sandberg*
                                      Scott C. Sandberg