# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF COLORADO

CIVIL ACTION NO. 19-CV-01849-WJM-NRN

JOHN S. WILSON,
    Plaintiff,

v.

XIANT TECHNOLOGIES, INC.,
    Defendant.

## RESPONSE TO PLAINTIFF'S MOTION TO RESTRICT SECOND AMENDED COMPLAINT AND EXHIBITS THERETO (NO OPPOSITION)

Defendant Xiant Technologies, Inc., notifies the Court that it does not oppose Plaintiff's Motion to Restrict Second Amended Complaint and Exhibits Thereto (Doc. 52) and requests that the Court grant that Motion.

Dated: September 13, 2019.

    Respectfully submitted:
    SPENCER FANE LLP

    */s/ Scott C. Sandberg*
    Scott C. Sandberg, #33566
    John O'Brien, #15183
    Spencer Fane LLP
    1700 Lincoln Street, Suite 2000
    Denver, Colorado 80203
    Phone: (303) 839-3800 / Fax: (303) 839-3838
    Email: ssandberg@spencerfane.com; jobrien@spencerfane.com
    **Attorneys for Xiant Technologies, Inc.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2019, a copy of the foregoing was served via the court's CM/ECF, which will send notice to all counsel of record as follows:

| | |
|---|---|
| Murray Ogborn<br>Ogborn Mihm, LLP<br>1700 Broadway, Suite 1900<br>Denver, Colorado 80290<br>E: Murray.Ogborn@OMTrial.com | Michael P. Cross<br>Ogborn Mihm, LLP<br>1700 Broadway, Suite 1900<br>Denver, Colorado 80290<br>E: Mike.Cross@OMTrial.com |

                                      */s/Scott C. Sandberg*
                                      Scott C. Sandberg