*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME IN THE LOWER RIGHT CORNER OF THIS FORM (CHOOSE ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.***

AO 133(Rev. 12/09)  Bill of Costs

USDC Colo. Version – (Rev. (10/01/2020)

## BILL OF COSTS

| United States District Court | DISTRICT | DISTRICT OF COLORADO |
|---|---|---|
| John S. Wilson<br>v.<br>Xiant Technologies, Inc. | DOCKET NO. | |
| | CASE NO. | 19-CV-01849-NRN |

Judgment having been entered in the above entitled action on **April 28, 2021**

against **Plaintiff John S. Wilson**                         the clerk is requested to tax the following as costs:

## BILL OF COSTS

| | | |
|---|---|---|
| Fees of the clerk | $ | 0.00 |
| Fees for service of summons and complaint | $ | 195.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ | 3,331.85 |
| Fees and disbursements for printing | $ | 131.38 |
| Fees for witnesses (itemized on reverse side) | $ | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ | 0.00 |
| Docket fees under 28 U.S.C. § 1923 | $ | 0.00 |
| Costs incident to taking of depositions | $ | 0.00 |
| Costs as shown on Mandate of Court of Appeals | $ | 0.00 |
| Other costs (Please itemize) | $ | 0.00 |

**Please review and comply with D.C.COLO.LCivR 54.1**

**(See Notice section on reverse side)**                    **TOTAL** $ 3,658.23

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney            /s/Scott C. Sandberg

| Print Name | Scott C. Sandberg | Phone Number | 303-839-3800 |
|---|---|---|---|
| For: | Xiant Technologies, Inc.<br>Name of Claiming Party | Date | May 11, 2021 |

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:       **Date and Time** **June 2, 2021 at 9:00 a.m.**

Costs are hereby taxed in the following amount <u>and included in the judgment</u>:       Amount Taxed $

(BY) DEPUTY CLERK

CLERK OF COURT
JEFFREY P. COLWELL       DATE:

USDC Colo. Version - (Rev. 10/01/2020) AO 133

(Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

**Witness Fees (see 28 U.S.C. § 1821 for statutory fees and www.gsa.gov for locality per diem rates)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

## NOTICE

**Section 1920, Title 28, U.S. Code provides:**

  A judge or clerk of any court of the United States may tax as costs the following:

  (1)  Fees of the clerk and marshal;
  (2)  Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;
  (3)  Fees and disbursements for printing and witnesses;
  (4)  Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;
  (5)  Docket fees under section 1923 of this title;
  (6)  Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree.

See also **Sec. 1924, Verification of bill of costs** [and keep in mind the equivalent effect of declarations under 28 U.S.C. § 1746]:

  Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

The **Federal Rules of Civil Procedure** provides as follows regarding costs:

  **Rule 54(d)(1)**:   "Unless a federal statute, these rules, or a court order provides otherwise, costs - - other than attorney's fees - - should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action."

  **D.C.COLO.LCivR 54.1 Taxation of Costs:**

    Each judgment or final order shall indicate any party entitled to costs. Unless otherwise ordered, the clerk shall tax costs in favor of a prevailing party or parties. A bill of costs shall be filed on the form provided by the court within 14 days after entry of the judgment or final order. After filing a bill of costs and prior to appearing before the clerk, counsel and any unrepresented party seeking costs shall file a written statement that they have conferred as to disputes regarding costs. If all disputes are resolved, a stipulation specifying costs shall be filed with the court.